IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:25-cv-00562-NYW-SBP | Date: June 30, 2025 |
| Courtroom Deputy:  Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| NATIONAL CASUALTY COMPANY, | Kathy Chaney |
| Plaintiff, | |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, and SWISS RE CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION, | Brett Godfrey and Christopher Hemphill for Ace |
| | Greta Matzen for Axis |
| Defendants. | Adam Fleischer and Elizabeth Olson for Swiss |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:13 a.m.**   Court in session.

The Court calls the case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **June 17, 2025**

Joinder of Parties/Amendment to Pleadings: **August 14, 2025**

Discovery Cut-off: **February 3, 2026**

Dispositive Motions Deadline/Deadline for Motions Pursuant to Fed. R. Evid. 702: **March 7, 2026**

Each side shall be limited to **10** depositions, including experts. Each deposition shall be limited to 1 day of 7 hours.

Each party may serve on any other party, no more than **25** interrogatories, including discrete subparts, **25** requests for production, and **25** requests for admission. Interrogatories, requests for production, and requests for admission shall be served by **December 16, 2025**.

The parties do not anticipate designating experts in this matter. Each side shall be limited to **1** retained expert witness, inclusive of rebuttal experts, absent leave of court.
Disclosure of Affirmative Experts: **October 3, 2025**
Disclosure of Rebuttal Experts: **November 3, 2025**

**STATUS CONFERENCE**:

None at this time. Future status conferences may be set at the request of the parties or the Court.

**FINAL PRETRIAL CONFERENCE/TRIAL DATE**:

Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference date after the dispositive motions deadline has passed and the Court has issued rulings on all such motions. Within seven (7) days of the dispositive motion deadline, if no such motions are filed, the Parties shall file a joint motion to set a Telephonic Status Conference at which Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference and date for trial.

**Scheduling Order entered.**

**10:35 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:  22 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.